IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CRIMINAL NO.  13-30193-DRH |
| | ) |
| KYLE WILLIAMS SR., | ) |
| | ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION

The United States of America and the Defendant, having both filed a written consent, appeared before me pursuant to FEDERAL RULE OF CRIMINAL PROCEDURE 11 and SOUTHERN DISTRICT OF ILLINOIS LOCAL RULE 72.1(b)(2). The Defendant entered a plea of guilty to Count 1 of the Indictment.

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowing and voluntary, and that the offenses charged are supported by an independent factual basis containing each of the essential elements of such offense.

I therefore **RECOMMEND** that the Defendant's plea of guilty be accepted; that a presentence investigation report be prepared, and that the Defendant be adjudicated guilty and have sentence imposed accordingly.

**DATED: February 28, 2014**

/s/ *Stephen C. Williams*
STEPHEN C. WILLIAMS
United States Magistrate Judge

## NOTICE

Failure to file a written objection to this Report and Recommendation **within fourteen (14) days** from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned District Judge. 28 U.S.C. § 636(b)(1)(B).